# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ABIDUR RAHMAN, ON BEHALF OF HIMSELF, FLSA COLLECTIVE PLAINTIFFS AND THE CLASS,

*Plaintiff(s)*

v.

ANM FAST FOOD LLC, MC BROTHERS LLC, AKOTA FOUR CORP., MOHAMMED MATIN, ANM ANBUB CHOWDURY AND SHOFIQUR RAHMAN,

*Defendant(s)*

Civil Action No. 19cv3836

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANM FAST FOOD LLC
221 7TH AVENUE
NEW YORK, NY 10011

MC BROTHERS LLC
651 W 169TH ST
NEW YORK, NY 10032

AKOTA FOUR CORP.
555 W 42ND ST, #14
NEW YORK, NY 10036

MOHAMMED MATIN
555 W 42ND ST
NEW YORK, NY 10036

ANBUB CHOWDURY
555 W 42ND ST
NEW YORK, NY 10036

SHOFIQUR RAHMAN
555 W 42ND ST, NEW YORK, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AKIN LAW GROUP PLLC
45 BROADWAY, SUITE 1420
NEW YORK, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/2/2019

DOUGLAS C. PALMER
*CLERK OF COURT*

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*